*Tuesday, April 7, 1998*

## MOTION DOCKET

**96–1376. State v. Dennis.**

Summit App. No. 17156. UPON CONSIDERATION of appellee's motion to set execution date, IT IS ORDERED by the court that the motion be, and is hereby, granted.

IT IS HEREBY ORDERED by this court that sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden on Monday, the 6th day of July, 1998, in accordance with the statutes so provided.

IT IS FURTHER ORDERED that a certified copy of this entry and a warrant under the seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that the Warden shall make due return thereof to the Clerk of the Court of Common Pleas of Summit County.

**97–2637. State ex rel. Montgomery v. Indus. Comm.**

Franklin App. No. 96APD12–1749. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. On March 30, 1998, appellant's supplement to the briefs was stricken for failure to include the proof of service required by S.Ct.Prac.R. XIV(2)(C). It has come to the attention of the court that appellant's supplement to the briefs did contain the requisite proof of service. Accordingly,

IT IS ORDERED by the court that the order of March 30, 1998, striking appellant's supplement to the brief be, and hereby, is vacated.

**98–219. Pretty v. Mueller.**

Hamilton App. Nos. C–970011 and C–970332. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellees' motion for extension of stay,

IT IS ORDERED by the court that the motion for extension of stay be, and hereby is, granted.

**98–371. State ex rel. Stern v. Mascio.**

In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. On March 20, 1998, respondent filed an answer that was due March 19, 1998. Rule XIV(1)(C) of the Rules of Practice of the Supreme Court prohibits the filing of an answer that is not timely tendered for filing. Accordingly,

IT IS ORDERED by the court, *sua sponte,* that respondent's answer be, and hereby is, stricken.

## MISCELLANEOUS DISMISSALS

**97–2698. Community Advocate, Inc. v. Ohio Elections Comm.**

Franklin App. No. 97APE06–816. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.